CAFFERTY & SCHEIDEGGER, S.C.
840 Lake Avenue, Suite 300
Racine, WI  53403
Phone:  (262) 632-5000
Facsimile:  (262) 632-5686


November 14, 2025


United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI  53202

                              RE:    USA v. Dale Fisher
                                     Case No. 25-CR-204

Dear Gentleperson:

        This letter is to advise the Court that Dale Fisher is rescinding the Waiver of Appearance
that I previously filed.  Accordingly, we are requesting that the U.S. Marshall produce Dale
Fisher for a hearing on Tuesday, November 18th.

        Thank you.

                              Very truly yours,

                              **/s/ Patrick K. Cafferty**
                              Attorney for Dale Fisher
                              State Bar No. 1022402

PKC/sam